1  Arnold R. Levinson      (State Bar No. 066583)
   Rebecca Grey            (State Bar No. 194940)
2  David M. Lilienstein    (State Bar No. 218923)
   PILLSBURY & LEVINSON, LLP
3  The Transamerica Pyramid
   600 Montgomery Street, Thirty-First Floor
4  San Francisco, California 94111
   Telephone: (415) 433-8000
5  Facsimile: (415) 433-4816

6
   Attorneys for Plaintiff,
7  AIMEE SHEMANO-KRUPP

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12

13 AIMEE SHEMANO-KRUPP, an            )  Case No. 05-04693 JSW
   individual,                        )
14                                    )  **STIPULATION TO CONTINUE
          Plaintiff,                  )  INITIAL CASE MANAGEMENT
15                                    )  CONFERENCE FROM FEBRUARY
   vs.                                )  17, 2006 TO FEBRUARY 24, 2006
16                                    )  AND ORDER THEREON**
   MUTUAL OF OMAHA INSURANCE          )
17 COMPANY, et al.,                   )
                                      )
18        Defendants.                 )
                                      )
19 _____    )

20

21
        Plaintiff Aimee Shemano-Krupp and Defendants Mutual of Omaha
22
   Insurance Company and United of Omaha Life Insurance Company hereby
23
   stipulate that as a result of a scheduling conflict, the parties hereby request the
24
   Court continue the Initial Case Management Conference currently scheduled for
25
   //
26
   //
27
   //
28

                                          1
   **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER**    Case No. 05-04693 JSW

February 16, 2006 to the new date of February 24, 2006. Consistent with the Court's standing orders, the Conference will commence at 1:30 p.m.

SO STIPULATED.

Dated: January 30, 2006                PILLSBURY & LEVINSON, LLP


By:   /s/ David M. Lilienstein
      David M. Lilienstein
      Attorneys for Plaintiff,
      AIMEE SHEMANO-KRUPP

Dated: January 30, 2006                BARGER & WOLEN, LLP


By:   /s/ Russell J. Stedman
      Russell J. Stedman
      Attorneys for Defendants,
      MUTUAL OF OMAHA INSURANCE
      COMPANY and UNITED OF OMAHA
      LIFE INSURANCE COMPANY

Pursuant to the stipulation of the parties, the request to continue the initial Case Management Conference is hereby GRANTED. The Initial Case Management Conference shall now be scheduled on February 24, 2006 at 1:30 p.m.

IT IS SO ORDERED:

Dated:  February 8 , 2006

The Hon. Jeffrey S. White
United States District Court

---

2

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER        Case No. 05-04693 JSW