J. Russell Stedman (117130)
William Lee (148652)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendants
UNITED OF OMAHA LIFE INSURANCE
COMPANY and MUTUAL OF OMAHA INSURANCE
COMPANY

Arnold R. Levinson (66583)
Rebecca Grey (194940)
David M. Lilienstein (218923)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816

Attorneys for Plaintiff
AIMEE SHEMANO-KRUPP

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AIMEE SHEMANO-KRUPP,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, et al.,<br><br>　　　　Defendants.<br><br>AND RELATED THIRD-PARTY COMPLAINT. | CASE NO.: CV05-04693 JSW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SUMMARY JUDGEMENT HEARING DATE FROM MAY 19, 2006 TO MAY 26, 2006**<br><br>The Honorable Jeffrey S. White |

i:\office9\9691\027\06pleading\stip to continue msj hearing final.doc

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

Stipulation and ~~Proposed~~ Order to Continue Hearing Date

Case No. CV05-04693 JSW

1  Plaintiff AIMEE SHEMANO-KRUPP ("Plaintiff") and Defendants UNITED OF OMAHA LIFE INSURANCE COMPANY and MUTUAL OF OMAHA INSURANCE COMPANY (collectively "Defendants" unless identified otherwise), by and through their counsel of record, hereby submit this stipulation and proposed order:

1. At the case management conference scheduled on February 24, 2006, the Court scheduled Friday, May 19, 2006, to hear the parties' anticipated cross-motions for summary judgment and/or partial summary judgment;

2. William Lee, who attended the February 24, 2006 case management conference on behalf of the Defendants, was unaware that Russell Stedman had a conflict with the proposed May 19, 2006 hearing date because Mr. Stedman was and is scheduled to be in Florida on that date;

3. The parties have determined from the Clerk that the Court is available to hear the parties' motions on May 26, 2006;

4. To accommodate Mr. Stedman's conflict and schedule, the parties hereby agree and stipulate to continue the hearing date and the briefing deadlines by one (1) week. The hearing will be continued to May 26, 2006 at 9:00 a.m. in this Court;

5. Because no dates have been set by the Court, the continuance will not impact or affect any pretrial or trial dates.

**IT IS SO STIPULATED.**

Dated: April 10, 2006           BARGER & WOLEN LLP


                                By:  /s/ William Lee
                                     J. RUSSELL STEDMAN
                                     WILLIAM LEE
                                     Attorneys for Defendants UNITED OF
                                     OMAHA LIFE INSURANCE
                                     COMPANY and MUTUAL OF OMAHA
                                     INSURANCE COMPANY

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
Stipulation and Proposed Order to Continue Hearing Date
Case No. CV05-04693 JSW

Dated: April 10, 2006                           PILLSBURY & LEVINSON LLP


                                    By:  /s/ Arnold R. Levinson
                                         ARNOLD R. LEVINSON
                                         DAVID M. LILIENSTEIN
                                         Attorneys for Plaintiff AIMEE
                                         SHEMANO-KRUPP


## ORDER

FOR GOOD CAUSE, the hearing on the parties' motions for summary judgment and/or partial summary judgment shall be continued from May 19, 2006 to May 26, 2006 at 9:00 a.m. in this Court. The briefing schedule shall be determined using the May 26, 2006 hearing date.

**IT IS SO ORDERED.**


Dated:  April 10, 2006                          _____
                                                THE HONORABLE JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

i:\office9\9691\027\06pleading\stip to continue msj hearing final.doc

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800