J. Russell Stedman (117130)
William Lee (148652)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendants
UNITED OF OMAHA LIFE INSURANCE
COMPANY and MUTUAL OF OMAHA INSURANCE
COMPANY

Arnold R. Levinson (66583)
Rebecca Grey (194940)
David M. Lilienstein (218923)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816

Attorneys for Plaintiff
AIMEE SHEMANO-KRUPP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIMEE SHEMANO-KRUPP, <br><br> Plaintiff, <br><br> vs. <br><br> MUTUAL OF OMAHA INSURANCE COMPANY, et al., <br><br> Defendants. <br><br> AND RELATED THIRD-PARTY COMPLAINT. | CASE NO.: CV05-04693 JSW <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE TO MAY 26, 2006** <br><br> The Honorable Jeffrey S. White |

i:\office9\9691\027\06pleading\stip to continue cmc.doc

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

Stipulation and ~~Proposed~~ Order to Continue the Case Management Conference
Case No. CV05-04693 JSW

Plaintiff AIMEE SHEMANO-KRUPP ("Plaintiff") and Defendants UNITED OF OMAHA LIFE INSURANCE COMPANY and MUTUAL OF OMAHA INSURANCE COMPANY (collectively "Defendants" unless identified otherwise), by and through their counsel of record, hereby submit this stipulation and proposed order:

1. Pursuant to a request and signed stipulation submitted by the parties, the Court approved and entered an order dated April 10, 2006 continuing the hearing for the parties' cross-motions for summary judgment and/or partial summary judgment from May 19, 2006 to May 26, 2006 at 9:00 a.m. in this Court.

2. During the February 24, 2006 case management conference, the Court had scheduled a case management conference to follow the hearing on the summary judgment motions that was noticed for May 19, 2006.

3. Because the summary judgment motion hearing has been continued to May 26, 2006, the parties hereby agree and stipulate to continue the case management conference to May 26, 2006 following the hearing. This will conserve judicial resources and promote judicial efficiency.

**IT IS SO STIPULATED.**

Dated: April 11, 2006                           BARGER & WOLEN LLP


                                                By: /s/ William Lee
                                                    J. RUSSELL STEDMAN
                                                    WILLIAM LEE
                                                    Attorneys for Defendants UNITED OF
                                                    OMAHA LIFE INSURANCE
                                                    COMPANY and MUTUAL OF OMAHA
                                                    INSURANCE COMPANY

Dated: April 11, 2006                                        PILLSBURY & LEVINSON LLP


By: /s/ David Lilienstein
ARNOLD R. LEVINSON
DAVID M. LILIENSTEIN
Attorneys for Plaintiff AIMEE
SHEMANO-KRUPP

## ORDER

FOR GOOD CAUSE, the case management conference noticed for May 19, 2006 shall be continued to May 26, 2006 and will take place following the hearing on the parties' motions for summary judgment and/or partial summary judgment. The parties shall file their joint supplemental case management conference statement on May 19, 2006.

**IT IS SO ORDERED.**


Dated: April 12, 2006

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

-3-
Stipulation and Proposed Order to Continue the Case Management Conference
Case No. CV05-04693 JSW

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800