IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AIMEE SHEMANO-KRUPP,

    Plaintiff,

    v.

MUTUAL OF OMAHA INSURANCE COMPANY, et al.,

    Defendants.

No. C 05-04693 JSW

**ORDER ON BRIEFING AND HEARING SCHEDULE FOR PENDING MOTIONS FOR SUMMARY JUDGMENT**

The Court, having received the parties' joint submission in response to its order to show cause, does HEREBY ORDER as follows:

- the parties shall submit only one combined opposition and one reply brief per party in response to the pending motions;
- the oppositions shall not exceed 35 pages in length;
- the replies shall not exceed 20 pages in length;
- the hearing on the motions is RESET to June 9, 2006 at 9:00 a.m.;
- the further case management conference is RESET to June 9, 2006 at 9:00 a.m., to follow the hearing on the substantive motions.

**IT IS SO ORDERED.**

Dated: April 28, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE