1  J. Russell Stedman (117130)
   William Lee (148652)
2  BARGER & WOLEN LLP
   650 California Street, 9th Floor
3  San Francisco, California 94108
   Telephone: (415) 434-2800
4  Facsimile: (415) 434-2533

5  Attorneys for Defendants
   UNITED OF OMAHA LIFE INSURANCE
6  COMPANY and MUTUAL OF OMAHA INSURANCE
   COMPANY
7
   Arnold R. Levinson (66583)
8  Rebecca Grey (194940)
   David M. Lilienstein (218923)
9  PILLSBURY & LEVINSON, LLP
   The Transamerica Pyramid
10 600 Montgomery Street, 31st Floor
   San Francisco, California 94111
11 Telephone: (415) 433-8000
   Facsimile: (415) 433-4816
12
   Attorneys for Plaintiff
13 AIMEE SHEMANO-KRUPP

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIMEE SHEMANO-KRUPP, | CASE NO.: CV05-04693 JSW |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SUMMARY JUDGEMENT HEARING DATE FROM JULY 7, 2006 TO AUGUST 4, 2006** |
| vs. | |
| MUTUAL OF OMAHA INSURANCE COMPANY, et al., | The Honorable Jeffrey S. White |
| Defendants. | |
| AND RELATED THIRD-PARTY COMPLAINT. | |

i:\office9\9691\027\06pleading\stip to continue july 7 hearing date (2) file 0602.doc

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

Stipulation and ~~Proposed~~ Order to Continue July 7, 2006 Hearing Date
Case No. CV05-04693 JSW

Plaintiff AIMEE SHEMANO-KRUPP ("Plaintiff") and Defendants UNITED OF OMAHA LIFE INSURANCE COMPANY and MUTUAL OF OMAHA INSURANCE COMPANY (collectively "Defendants" unless identified otherwise), by and through their counsel of record, hereby submit this stipulation and proposed order:

1. On May 31, 2006, the Court *sua sponte* issued an order continuing the hearing on the parties' cross-motions for partial summary judgment / summary judgment from June 9, 2006 to July 7, 2006;

2. Due to scheduling conflicts, counsel for Defendants is unavailable to attend the hearing on the newly scheduled hearing date (July 7, 2006);

3. The parties have determined from the Clerk that the next available date convenient to the Court and the parties is August 4, 2006;

4. The parties hereby agree and stipulate to continue the hearing date to August 4, 2006 at 9:00 a.m. in this Court; and

5. Because no dates have been set by the Court, the continuance will not impact or affect any pretrial or trial dates.

**IT IS SO STIPULATED.**

Dated: June 2, 2006                                    BARGER & WOLEN LLP

                                                       By: /s/ William Lee
                                                       J. RUSSELL STEDMAN
                                                       WILLIAM LEE
                                                       Attorneys for Defendants UNITED OF
                                                       OMAHA LIFE INSURANCE
                                                       COMPANY and MUTUAL OF OMAHA
                                                       INSURANCE COMPANY

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
Stipulation and ~~Proposed~~ Order to Continue July 7, 2006 Hearing Date
Case No. CV05-04693 JSW

1  Dated: June 2, 2006                    PILLSBURY & LEVINSON LLP

3                                          By:  /s/ David M. Lilienstein
                                                ARNOLD R. LEVINSON
4                                               DAVID M. LILIENSTEIN
                                                Attorneys for Plaintiff AIMEE
5                                               SHEMANO-KRUPP

### ORDER

FOR GOOD CAUSE, the hearing on the parties' motions for summary judgment and/or partial summary judgment shall be continued from July 7, 2006 to August 25, 2006 at 9:00 a.m. in this Court. It is further ordered that the case management conference shall be continued to August 4, 2006 and will take place immediately after the hearing on the parties' cross-motions.

**IT IS SO ORDERED.**

Dated: ____June 2, 2006_____         _____
                                          THE HONORABLE JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-3-
Stipulation and ~~Proposed~~ Order to Continue July 7, 2006 Hearing Date
Case No. CV05-04693 JSW