```
1  John H. Feeney - 083395
   Martin H. Q. Nguyen - 234127
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA  94108-5530
   Tel:   (415) 788-1900
4  Fax:   (415) 393-8087

5  Attorneys for Defendants
   RODGER L. BENARD AND RODGER L. BENARD & ASSOCIATES
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA DISTRICT OF

| | |
|---|---|
| AIMEE SHEMANO-KRUPP, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, a Nebraska Corporation; UNITED OF OMAHA LIFE INSURANCE COMPANY, a Nebraska Corporation; ROGER L. BENARD, an individual; ROGER L. BENARD & ASSOCIATES, LLP, a California limited liability partnership; THE SHEMANO GROUP LIFE INSURANCE PLAN, and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No.: CV05-04693 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND TIMELINES FOR MEDIATION, FURTHER CASE MANAGEMENT, AND FILING OF DISPOSITIVE MOTIONS**<br><br>**The Hon. Jeffrey S. White** |

The Parties to this action, through their respective attorneys of record, mutually declare:

The Parties selected James Laflin, Esq. of the Concilium Mediation Firm as the neutral for purposes of private mediation;

The Parties met and conferred in good faith but were unable to complete mediation by the deadline set forth in the Court's prior case management order; and

The most proximal date of mutual convenience for all parties and the selected neutral is August 21, 2007.

/ / /

/ / /

- 1 -

Case No. CV05-04693 JSW

1  Therefore, the Parties to this action, stipulate and agree as follows:

2  1.  The further Case Management Conference is continued from June 22, 2007 to August 31, 2007, at which time private mediation shall have been completed.

2.  A hearing for any motions for summary judgment or summary adjudication to be filed by one or more parties shall be continued from August 17, 2007 to October 19, 2007. A briefing schedule shall conform to the applicable Civil Local Rules of Court, based on the October 19, 2007 hearing date.

DATED: June 14, 2007

PILLSBURY & LEVINSON, LLP

By_____/s/_____
　　David Lilienstein
　　Attorneys for Plaintiff
　　AIMEE SHEMANO-KRUPP

DATED: June 14, 2007

MURPHY, PEARSON, BRADLEY & FEENEY

By _____/s/_____
　　Martin H. Q. Nguyen
　　Attorneys for Defendants
　　RODGER L. BENARD AND RODGER L. BENARD
　　& ASSOCIATES

**IT IS SO ORDERED.**

Dated: June 19, 2007

_____
**Judge Jeffrey S. White**

MHN.10375345.doc