John H. Feeney - 083395
Simone McCormick - 236445
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94108-5530
Tel:   (415) 788-1900
Fax:   (415) 393-8087

Attorneys for Defendants
RODGER L. BENARD AND RODGER L. BERNARD & ASSOCIATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIMEE SHEMANO-KRUPP, an Individual,<br><br>      Plaintiff,<br><br>v.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, a Nebraska Corporation; UNITED OF OMAHA LIFE INSURANCE COMPANY, a Nebraska Corporation; ROGER L. BENARD, an individual; ROGER L. BENARD & ASSOCIATES, LLP, a California limited liability partnership; THE SHEMANO GROUP LIFE INSURANCE PLAN, and DOES 1 through 100, Inclusive,<br><br>      Defendants. | Case No.: CV05-04693 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND TIMELINE FOR DISCOVERY FOR SUMMARY JUDGMENT**<br><br>**The Hon. Jeffrey S. White** |

The Parties to this action through their respective attorneys of record, mutually declare:

The Parties met and conferred in good faith but were unable to complete all discovery before the date set by the Court's Civil Minute Order dated August 21, 2007, which was October 12, 2007.

The Parties further met and conferred and agreed to conduct the deposition of non-party Diane Shemano, whom plaintiff's counsel also represents for purposes of the deposition, on October 17, 2007.

All other discovery will be completed before October 12, 2007.

Therefore the Parties to this action stipulate and agree as follows:

1. Discovery will be kept open until the completion of the deposition of Diane Shemano, which is scheduled for October 17, 2007.

2. Defendants shall not be prejudiced in their ability to introduce evidence from that deposition in support of the motion for summary judgment currently scheduled for hearing on November 30, 2007.

Dated: October 5, 2007

PILLSBURY & LEVINSON

By  /s/ Terry J. Coleman
   Terry J. Coleman
   Attorneys for Plaintiff
   AIMEE SHEMANO-KRUPP

Dated: October 5, 2007

MURPHY, PEARSON, BRADLEY & FEENEY

By  /s/ Simone McCormick
   Simone McCormick
   Attorneys for Defendants
   RODGER L. BENARD AND RODGER L. BERNARD & ASSOCIATES

**IT IS SO ORDERED.**

Dated: October 9, 2007

_____
**Judge Jeffrey S. White**

SSM.10389867.doc

- 2 -

Case No.: CV05-04693 JSW