1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6
7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8    AIMEE SHEMANO-KRUPP,

9             Plaintiff,                          No. C 05-04693 JSW

10       v.

11   MUTUAL OF OMAHA INSURANCE              **NOTICE OF QUESTIONS RE**
     COMPANY, et al.,                       **MOTION FOR SUMMARY**
12                                          **JUDGMENT**
              Defendants.
13   _____/

14
15
16        TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE

     NOTICE OF THE FOLLOWING QUESTIONS FOR THE HEARING SCHEDULED ON
17
     NOVEMBER 30, 2007 AT 9:00 A.M.:
18
         The Court has reviewed the parties' papers and, thus, does not wish to hear the parties
19
     reargue matters addressed in those pleadings.  If the parties intend to rely on authorities not
20
     cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these
21
     authorities reasonably in advance of the hearing and to make copies available at the hearing.  If
22
     the parties submit such additional authorities, they are ORDERED to submit the citations to the
23
     authorities only, without argument or additional briefing.  *Cf.* N.D. Civil Local Rule 7-3(d).
24
     The parties will be given the opportunity at oral argument to explain their reliance on such
25
     authority.
26
27
28

The parties shall have 10 minutes to address the following questions:

1.      What is the relevant time frame for the ERISA preemption analysis: is it the time of Mr. Shemano's death or the time of Mr. Benard's alleged representations regarding the policy's conversion provisions?  What authority supports either party's assessment of the relevant time frame?

2.      Do the parties have anything further they wish to address?

**IT IS SO ORDERED.**

Dated:  November 27, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE