# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

JUDGE: JEFFREY S. WHITE      COURTROOM DEPUTY: Jennifer Ottolini

DATE: January 23, 2009      Court Reporter: Lydia Zinn

CASE NO. C-05-4693 JSW
TITLE: Aimee Shemano-Krupp v. Mutual of Omaha Insurance Company, et al.,

COUNSEL FOR PLAINTIFF:      COUNSEL FOR DEFENDANT:

Terence Coleman      Simone McCormick

PROCEEDINGS: Further Case Management Conference

RESULTS:    Counsel shall confer with clients and submit a joint consent / declination for reassignment to a Magistrate Judge for All Purposes by 1-30-09.

Last day to add *Shemano-Group* as a cross-defendant: 2-13-09

ADR: Settlement Conference with a randomly assigned Magistrate Judge to be completed by 3-6-09

Close of fact discovery: 2-20-09

Close of Expert discovery: 3-6-09

Pretrial Conference: 5-18-09 at 2:00 p.m.

Jury Trial: 6-8-09 at 8:00 a.m.

cc: Wings Hom