1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AIMEE SHEMANO-KRUPP,

        Plaintiff,

    v.

MUTUAL OF OMAHA INSURANCE
COMPANY, et al.,

        Defendants.
_____/

No. C 05-04693 JSW

**ORDER SETTING BRIEFING
SCHEDULE**

      This matter is set for a hearing on April 3, 2009 on Defendant Rodger L. Benard's
motion for leave to file and serve third-party complaint against the Shemano Group, Inc.  The
Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than March
3, 2009 and a reply brief shall be filed by no later than March 10, 2009.

      If the Court determines that the matter is suitable for resolution without oral argument, it
will so advise the parties in advance of the hearing date.  If the parties wish to modify this
schedule, they may submit for the Court's consideration a stipulation and proposed order
demonstrating good cause for any modification requested.

      **IT IS SO ORDERED.**

Dated:  February 17, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE