1  John H. Feeney - 083395
   Simone McCormick - 236445
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA 94108-5530
   Tel:   (415) 788-1900
4  Fax:   (415) 393-8087

5  Attorneys for Defendant
   RODGER L. BENARD

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 AIMEE SHEMANO-KRUPP, an Individual,         Case No.: CV05-04693 JSW

         Plaintiff,
13
   v.                                          **STIPULATION AND [PROPOSED]**
14                                             **ORDER REGARDING DEPOSITION OF**
   MUTUAL OF OMAHA INSURANCE                   **PLAINTIFF AIMEE SHEMANO-KRUPP**
15 COMPANY, a Nebraska Corporation; UNITED OF
   OMAHA LIFE INSURANCE COMPANY, a             **The Hon. Jeffrey S. White**
16 Nebraska Corporation; ROGER L. BENARD, an
   individual; ROGER L. BENARD &
17 ASSOCIATES, LLP, a California limited liability
   partnership; THE SHEMANO GROUP LIFE
18 INSURANCE PLAN, and DOES 1 through 100,
   Inclusive,
19
         Defendants.
20

21

22

23
   //
24
   //
25
   //
26
   //
27
   //
28
                                    - 1 -

STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION OF PLAINTIFF AIMEE SHEMANO-
KRUPP
Case No.: CV05-04693 JSW

1  The Parties to this action, through their respective attorneys of record, mutually declare:

2  The Parties met and conferred in good faith but are unable to complete plaintiff's deposition
3  before the discovery cut off of February 20, 2009.

4  Therefore, the Parties to this action, stipulate and agree as follows:

5  1.  The deposition of Aimee Shemano-Krupp is scheduled for **March 12, 2009** in Chicago.

7  DATED:

PILLSBURY & LEVINSON, LLP

By_____/S/_____
Terrence J. Coleman
Attorneys for Plaintiff
AIMEE SHEMANO-KRUPP

DATED:

MURPHY, PEARSON, BRADLEY & FEENEY

By _____/S/_____
Simone McCormick
Attorneys for Defendant
RODGER L. BENARD

**IT IS SO ORDERED.**

February 19, 2009

_____
**Judge Jeffrey S. White**

SSM.10460913.doc

- 2 -

STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION OF PLAINTIFF AIMEE SHEMANO-KRUPP
Case No.: CV05-04693 JSW