John H. Feeney - 083395
Simone McCormick - 236445
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel: (415) 788-1900
Fax: (415) 393-8087

Attorneys for Defendant
RODGER L. BENARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIMEE SHEMANO-KRUPP, an Individual,<br><br>　　　Plaintiff,<br><br>v.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, a Nebraska Corporation; UNITED OF OMAHA LIFE INSURANCE COMPANY, a Nebraska Corporation; ROGER L. BENARD, an individual; ROGER L. BENARD & ASSOCIATES, LLP, a California limited liability partnership; THE SHEMANO GROUP LIFE INSURANCE PLAN, and DOES 1 through 100, Inclusive,<br><br>　　　Defendants. | Case No.: CV05-04693 JSW<br><br>[PROPOSED] ORDER FOLLOWING DISCOVERY HEARING<br><br>**The Hon. Jeffrey S. White** |

The discovery dispute regarding the deposition subpoena of The Shemano Group's current and former employees, the Custodian of Records, Stacey Peterson and Mike McDonough, came on for hearing before the above-entitled Court on February 24, 2009. Simone McCormick appeared on behalf of defendant and Terrence J. Coleman appeared on behalf of plaintiff.

//

//

- 1 -

[PROPOSED] ORDER FOLLOWING DISCOVERY HEARING

The court having considered oral arguments of both counsel, and, good cause appearing, HEREBY ORDERS as follows:

1. The following witnesses, current and former employees of The Shemano Group, the Custodian of Records, Stacey Peterson and Michael McDonough, failed to appear pursuant to duly served deposition subpoenas duces tecum. They are hereby ordered to fully comply with the deposition subpoenas. They are hereby ordered to appear for depositions, which are to be completed before **March 13, 2009,** and to meet and confer with defendant's counsel in this regard..

2. Non-expert discovery cut-off is hereby extended to **March 13, 2009**.

3. Expert discovery cut-off is hereby extended to ~~Mach~~ **March 27, 2009**.

4. Plaintiff is ordered to make available any information, if known, regarding the last known whereabouts of Estelle Trujillo, a former employee of The Shemano Group. Any information is to be provided to defense counsel no later than **February 26, 2009**.

5. Defense counsel shall serve this Order on the witnesses.

**IT IS SO ORDERED.**

Dated: February 25, 2009

_Jeffrey S. White_
Judge Jeffrey S. White

SSM.10462371.doc