IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEMANO-KRUPP, | No. C-05-04693 JSW (EDL) |
| Plaintiff, | **ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE** |
| v. | |
| MUTUAL OF OMAHA INSURANCE COMPANY, | |
| Defendant. | |

By letter dated February 10, 2009, counsel for Plaintiff Aimee Shemano-Krupp requests that Plaintiff be permitted to appear telephonically at the settlement conference set for March 5, 2009. Plaintiff's counsel also represents that Diane Shemano will appear at the settlement conference and will have full settlement authority. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's request to appear telephonically is GRANTED subject to the following caution. The Court disfavors telephonic appearances because the technology prevents the Court from addressing a question to the parties or making a comment or ruling whenever any participant speaks at length. Accordingly, the parties shall only speak briefly and shall pause at regular intervals to allow the court to comment on the information presented. If the Court concludes that the telephonic appearance is interfering with the conference, the Court may continue the telephonic conference and may order Plaintiff's personal appearance.

Plaintiff's counsel shall provide Plaintiff's telephone number to the Court on or before March 4, 2009, and Plaintiff shall stand by beginning at 9:30 a.m. on March 5, 2009, until called by the Court.

**IT IS SO ORDERED.**

Dated: February 26, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge