Arnold R. Levinson     (State Bar No. 066583)
Terrence J. Coleman   (State Bar No. 172183)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816
Email:  alevinson@pillsburylevinson.com, tcoleman@pillsburylevinson.com

Attorneys for Plaintiff
AIMEE SHEMANO-KRUPP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIMEE SHEMANO-KRUPP, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, et al.,<br><br>　　　　　Defendants. | Case No.  C05-04693 JSW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |

　　　Plaintiff Aimee Shemano-Krupp and Defendant Roger L. Benard, through their respective attorneys of record, HEREBY STIPULATE that the above-captioned matter and all claims of relief therein shall be dismissed with prejudice as to all parties in its entirety.  Each party is to bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated:  March 26, 2009　　　　　　　　　　PILLSBURY & LEVINSON, LLP


　　　　　　　　　　　　　　　　　　By:   /s/ Terrence J. Coleman
　　　　　　　　　　　　　　　　　　Terrence J. Coleman
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　AIMEE SHEMANO-KRUPP

/ / /

1  Dated: March 26, 2009                                MURPHY, PEARSON, BRADLEY & FEENEY

                                                       By:   /s/ Simone McCormick
                                                             Simone McCormick
                                                             Attorneys for Defendant
                                                             ROGER L. BENARD

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the above-captioned matter and all claims of relief therein are dismissed with prejudice as to all parties in its entirety.  Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: April 7, 2009                                   _/s/ Jeffrey S. White_
                                                       HONORABLE JEFFREY S. WHITE
                                                       UNITED STATES DISTRICT COURT